UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

EMILIA IRIS MARTINEZ,

Plaintiff

v.   Civ. No. 97-1465 (PG)

COMISION INDUSTRIAL DE PUERTO RICO

Defendant

## OPINION & ORDER

Previously, the Court consolidated this case with 96-2534 (PG). On March 9, 2000, the plaintiff filed a notice of voluntary dismissal. The Court then issued an order granting plaintiff's notice and entered judgment dismissing 96-2534 (PG). Accordingly, in view of the dismissal of 96-2534 (PG) and per the agreement by the plaintiff (Dkt. 33), the Court now DISMISSES consolidated case 97-1465 (PG) as well.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 31, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)