UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

EMILIA IRIS MARTINEZ,                    *
                                         *
        Plaintiff                        *
                                         *
v.                                       *        Civ. No. 97-1465 (PG)
                                         *
COMISION INDUSTRIAL DE PUERTO RICO       *
                                         *
        Defendant                        *
                                         *
* * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

Having dismissed the case pursuant to consolidated case 96-2534 (PG) and Plaintiff's

agreement, it is hereby

**ORDERED and ADJUDGED** that the instant action is **DISMISSED**.

San Juan, Puerto Rico, March 30 , 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge