# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 11, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 97-1465 (PG) |

================================================================

| | |
|---|---|
| EMILIA MARTINEZ | <u>Attorneys:</u>  Marcos ROSADO |
| vs. | |
| COMISION INDUSTRIAL,  et al | Jo-Ann ESTADES BOYER |

THIRD STATUS CONFERENCE held in chambers. Plaintiff filed a motion for release from judgment. After listening to counsel the motion is granted.

The deposition of the plaintiff is set for May 5, 2000, at 9:30 A.M. Plaintiff's counsel will inform the defendant, within five days, what other witnesses they will present at trial. If the defendants want to take the deposition of any of the announced witnesses, the same shall be also taken on May 5.

The report of plaintiff's expert, Dr. Victor Lladró, has already been turned over to the defendants. The defendants have thirty days, from today, to take the deposition of Dr. Lladró, if it is to be taken. Thirty days after said deposition, if taken, the defendants are to announce their expert witness, if any.

The plaintiff is to submit a written settlement demand to the defendant by April 19, 2000.

**A pretrial conference is set for August 3, 2000, at 8:30 A.M.**

_____
Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record.

