# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

### MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ                DATE: August 3, 2000

COURTROOM DEPUTY: Lida Isis EGELE              CIVIL CASE: 97-1465 (PG)

===================================================================

EMILIA MARTINEZ                                 Attorneys: Marcos ROSADO

vs.

COMISION INDUSTRIAL, et al                      Jo-Ann ESTADES BOYER

FOURTH STATUS CONFERENCE, instead of the scheduled pretrial, held in chambers. The parties have tried to coordinate the pending depositions. They have been re-programmed for August 15, August 25, September 8 and September 15, 2000. The defendants need to take these depositions before moving for summary judgment.

The defendants are granted until October 27, 2000, to file the motion for summary judgment. The plaintiff will have thirty days to reply.

At the last status conference, on April 11, the Court granted plaintiff's motion to vacate the judgment entered in this case (dkt. #7). This case is an active case and it stands independent from civil case 96-2534, which was dismissed on March 16, 2000.

The Clerk is to change the fax number for the PR Department of Justice. Their new number is 721-7442.

Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record.