# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



EMILIA IRIS MARTINEZ

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 97-1465 (JAG)

COMISION INDUSTRIAL DE P.R.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/31/00<br>**Title:** Motion to Withdraw Informative Motion<br>**Docket(s):** 12<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **NOTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/31/00<br>**Title:** Informative Motion and Request for Extension of Time to File Motion for Summary Judgment<br>**Docket(s):** 13<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | Defendant, Comisión Industrial de P. R., has until January 12, 2001 to file a motion for summary judgment. |

**Date:** November 2, 2000        JAY A. GARCIA-GREGORY
                                  U.S. District Judge