UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:NOVEMBER 13,2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO.CIVIL 97-1465(JAG)**

==================================================================

EMILIA MARTINEZ                          Attorneys:
                                         For Plantiff:
        V

                                         For Defendant:
COMISION INDUSTRIAL
==================================================================

By Order of the Court the above-mentioned case is hereby set for a status conference before Judge Garcia Gregory on **Thursday, May 10, 2001 at 10:00 AM**

Parties to be notified.

                                    _____
                                    Lily Alicea-Courtroom Deputy

