UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                              DATE:MAY 9, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**              **CASE NO. 97-1465 (JAG)**
==================================================================
EMILIA MARTINEZ                          Attorneys:

         VS

COMISION INDUSTRIAL

---

By Order of the Court the status conference in the above-mentioned case set for tomorrow May 10, 2001 is hereby vacated and set aside.  The same is rescheduled for **Monday, June 4, 2001 at 10:00 AM.** Parties notified by telephone.

Parties to be notified.


Lily Alicea-Courtroom Deputy


