# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

BEFORE HONORABLE JAY A. GARCIA-GREGORY

DATE: JUNE 4, 2001

COURTROOM DEPUTY:

CASE NO: 97-1465

Emilia Martinez
v.

Comision Industrial

**Attorneys for Plaintiffs:**
Rosalinda Pesquera-Annexy
Marco Rosado Conde

**Attorneys for Defendants:**

Jo-Ann Estades Boyer
Rafael Baella Silva

At the Status Conference parties are given 120 days to complete discovery. After the discovery deadline parties are granted 30 days to file dispositive motions and 30 days to opposed them.

Law Clerk

