# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

EMILIA IRIS MARTINEZ

**Plaintiff(s)**

v.     CIVIL NUMBER: 97-1465 (JAG)

COMISION INDUSTRIAL DE P.R.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/09/01<br>**Title:** Motion Requesting an Extension of Time to Conduct Discovery and to File Dispositive Motion<br>**Docket(s):** 18<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: November 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


