# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



EMILIA IRIS MARTINEZ

**Plaintiff(s)**

v.                                              CIVIL NO.   97-1465 (JAG)

COMISION INDUSTRIAL DE P.R.

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/01/02<br>**Title:** Motion to Continue Jury Trial<br>**Docket(s):** 21 | **DENIED.** |

[X] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other**

---

Date:  May 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge