UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIA IRIS MARTINEZ

**Plaintiff(s)**

v.   CIVIL NO.   97-1465 (JAG)

COMISION INDUSTRIAL DE P.R.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/14/02<br>**Title:** Informative Motion and to Request an Extension of Time to File Dispositive Motion<br>**Docket(s):** 23<br><br>[ ] **Plff(s)**   [X] **Dft(s)**   [ ] **Other** | **DENIED.** |

Date: May 17, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

