IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIA MARTINEZ

    Plaintiff(s)

    v.    CIVIL NO. 97-1465 (JAG)

COMISION INDUSTRIAL

    Defendant(s)

---

**ORDER**

The Court has reviewed the Motion in Compliance with Order to Show Cause why Sanctions Should not be Imposed filed on behalf of the Attorney General by Salvador Antonetti-Stutts, as Director of the Department of Justice Federal Litigation Division, and, for the purpose of this case, vacates its Order to Show Cause issued on July 8, 2002, except for the denial of defendant's Motion for Reconsideration (Docket 25) disposed of within said order, which shall remain in full force and effect.

The Court, however, warns the Attorney General that a recurrence of the circumstances triggering the Order to Show Cause **will not be tolerated in the future** and shall be sanctioned severely. The Court considers that this entire situation could have been avoided through proper and timely motions prior to the



Civil No. 97-1465 (JAG)                                                    2

expiration of deadlines with adequate requests for Court orders to remedy the causes of the delay. Although the Department has represented that "[it] will strive to prevent a recurrence of this situation in the future," Motion in Compliance at 2, the Court expects that there **WILL BE NO FUTURE RECURRENCE** and will expect the Department to fully and strictly comply with all Court-ordered deadlines.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of July 2002.

JAY A. GARCIA-GREGORY
United States District Judge