IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIA MARTINEZ

    Plaintiff(s)

    v.                    CIVIL NO. 97-1465 (JAG)

COMISION INDUSTRIAL

    Defendant(s)

---

**ORDER**

This case is transferred to the Docket of the Honorable Juan R. Torruella, acting as District Judge, for trial commencing August 19, 2002 at 9:00 a.m.

The parties and their counsel are reminded that the case has been fully pre-tried and the Court has denied the filing of dispositive motions there being no just cause for the delay in the filing of such motions prior to the Pretrial Conference and Trial.

The parties and their counsel are to comply strictly with the scheduled dates for Jury Selection, submission of Voir Dire and Jury Instructions reflected in the Minutes of the Pretrial Conference.



Civil No. 97-1465 (JAG)                                                    2

Should any settlement be reached in the case, the parties shall notify Judge Torruella's Chambers at least a week before trial.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of July 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge