# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE HON. JUAN R. TORRUELLAS

COURTROOM DEPUTY: Yelitza Rivera-Buonomo     DATE:  August 9, 2002

CIVIL CASE: 97-1465 (JAG/JRT)

========================================================================

| | |
|---|---|
| EMILIA MARTINEZ | Attorneys:  Rosalinda Pesquera |
| | Marco Rosado |
| v. | |
| COMISION INDUSTRIAL | Jo-Ann Estades |

========================================================================

Case called for Settlement Conference. Defendant's attorney informs the Court there is no offer for settlement at this time.

The Court informs the parties that Jury Trial will commence on August 19, 2000, at 9:00 A.M.. The parties filed their proposed jury instructions. Exhibits will be marked on Wednesday August 14, 2000, at 2:00 P.M. at the Old San Juan District Court. All exhibits must be in English, no Spanish documents will be admitted into evidence.

Attorney Estades presents an oral motion as to the testimony of Rafael Perez Millan and Dr. Hector L. Torres. The Court takes the motion under advisement.

Attorney Estades will once again present case before Settlement Committee for the Department of Justice . She will inform the Court as to the result of this.

/s/ Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo

Courtroom Deputy Clerk