IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EMILIA IRIS MARTINEZ       :

      Plaintiff   :

vs.                        :   CIVIL NO. 97-1465

COMISION INDUSTRIAL DE     :
PUERTO RICO
                      :
      Defendant

## OPINION AND ORDER

Defendant's motion to dismiss plaintiff's supplemental law claims is **denied**. First, the motion is untimely. See Docket No. 24. Second, the motion is denied on its merits. See Tomaiolo v. Mallinoff, 281 F.3d 1, 11 (1st Cir. 2002) (holding it was within the discretion of the district court to maintain jurisdiction over supplemental state law claims because the litigation was very advanced).

Additionally, the clerk is directed to strike the Spanish-language document attached as an exhibit to defendant's motion and to refuse to accept such documents in the future. D.P.R. R. 108; cf. United States v. Rivera-Rosario, -- F.3d --, No. 00-1545, slip op. at 6 (1st Cir. 2002) (noting that Congress has required all pleadings and proceedings before the District Court of Puerto Rico to be conducted in English).

    IT IS SO ORDERED.

    At San Juan, Puerto Rico, this 14th day of August 2002.

                                          JUAN R. TORRUELLA
                                          United States Circuit Judge

AO 72A
(Rev. 8/82)