AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

____FOR THE____  DISTRICT OF  ____PUERTO RICO____

EMILIA IRIS MARTINEZ

V.

COMISION INDUSTRIAL

**JUDGMENT IN A CIVIL CASE**

Case Number:  CIVIL 97-1465 (JAG/JRT)

**X Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

AUGUST 21, 2002
Date

FRANCES RIOS DE MORAN
Clerk

_____
(By) Deputy Clerk

5 } w/Jury Verdict #52

(54)

*Received & Filed in Open Court 8/21/02 2:15 pm*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EMILIA IRIS MARTINEZ,<br><br>  Plaintiff<br><br>vs.<br><br>COMISION INDUSTRIAL,<br><br>  Defendant | CIVIL NO. 97-1465 (JAG) |

### VERDICT FORM

We, the Jury, unanimously answer the questions submitted by the Court as follows:

I. **SEXUAL HARASSMENT**

QUESTION NO. 1

Do you find in favor of the Plaintiff, Emilia Iris Martínez?

YES _____

NO ✓_____

(If the answer is YES, proceed to answer the next question. If the answer is NO, you have dismissed this Cause of Action against the Defendant and should proceed to Section II of this Verdict Form.)

QUESTION NO. 2

For what amount of compensatory damages do you find Defendant Comisión Industrial liable to Plaintiff Emilia Iris Martínez?

$_____

BACK PAY    #_____

FRONT PAY   #_____

CIVIL NO. 97-1465 (JAG)                    2

## II. Conclusion

The verdict form is now completed. Please sign and date this form and present it to the Court Marshal.

In San Juan, Puerto Rico, this    day of August, 2002

*[signature]*
Foreperson

*August 21, 2002*